

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00049-CV

IN RE TEXAS REGIONAL CLINIC AND MEMORIAL MRI & DIAGNOSTIC

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

Relators, Texas Regional Clinic and Memorial MRI & Diagnostic, filed a petition for a writ of mandamus requesting this Court to vacate a discovery order dated May 2, 2024, entered by the trial court in Panola County. Because Relators failed to certify the petition in accordance with Rule 52.3(j) of the Texas Rules of Appellate Procedure, we deny the mandamus petition.

"Mandamus issues only when the mandamus record establishes (1) a clear abuse of discretion . . . , and (2) the absence of a clear and adequate remedy at law." *In re Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding) (citing *Cantu v. Longoria*, 878 S.W.2d 131, 132 (Tex. 1994) (per curiam); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding)). "It is the relator's burden to provide this Court with a sufficient record to establish his or her right to mandamus relief." *Id.* (citing *Walker*, 827 S.W.2d at 839–40; *In re Pilgrim's Pride Corp.*, 187 S.W.3d 197, 198–99 (Tex. App.—Texarkana 2006, orig. proceeding)); *see* TEX. R. APP. P. 52.3, 52.7(a).

Rule 52.3 provides, "The person filing the petition must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." *See* TEX. R. APP. P. 52.3(j). We have reviewed the Relators' petition and find there is no certification complying with Rule 52.3(j).

"'Because the record in a mandamus proceeding is assembled by the parties,' we must 'strictly enforce[] the authentication requirements of rule 52 to ensure the integrity of the mandamus record.'" *In re Porter*, No. 06-21-00054-CV, 2021 WL 2425251, at *1 (Tex. App.—Texarkana June 15, 2021, orig. proceeding) (mem. op.) (alteration in original) (quoting *In re*

*Morehead*, No. 06-21-00025-CV, 2021 WL 1652064, at *2 (Tex. App.—Texarkana Apr. 28, 2021, orig. proceeding) (mem. op.)). When a relator does not comply with the Texas Rules of Appellate Procedure, we deny its petition. *See id.* at *2.

Because Relators did not comply with Rule 52.3(j), we deny the petition for a writ of mandamus as well as the motion for emergency relief.

                                         Jeff Rambin
                                         Justice

Date Submitted:     May 9, 2024
Date Decided:       May 9, 2024